UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM S. SCOTT,

                Plaintiff,

-vs-                                                    Case No. 5:10-cv-111-Oc-GRJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendants.
_____

## ORDER

This matter comes before the Court on the Defendant's Uncontested Motion for Extension of Time to File Memorandum of Law Through January 20, 2011 (Doc. #20) filed on December 21, 2010. The Defendant moves the Court for a thirty (30) day extension of time to submit his Memorandum of Law. The time has lapsed and the Defendant has timely filed the Memorandum. Thus, the Motion is due to be granted *nunc pro tunc*.

Accordingly, it is now

**ORDERED:**

the Defendant's Uncontested Motion for Extension of Time to File Memorandum of Law Through January 20, 2011 (Doc. #20) is **GRANTED** *nunc pro tunc*.

**DONE AND ORDERED** at Fort Myers, Florida, this   24th   day of January, 2011.

                                                        SHERI POLSTER CHAPPELL
                                                        UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record